CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 2 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES JERALL SMITH** | ) | CIVIL ACTION NO. 7:11CV00230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **J. TURNER,** *et al.*, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is now **ORDERED** and **ADJUDGED** as follows:

1. Smith's motions for appointment of counsel (ECF Nos. 5 & 17) are **DENIED**, and;

2. Smith's motion for discovery, (ECF No. 4), is **DISMISSED** as moot.

3. This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and **STRICKEN** from the active docket.

4. All state law claims are **DISMISSED** pursuant to 28 U.S.C. § 1367(c).

The clerk is directed to send a copy of this order and the accompanying memorandum opinion to Smith.

**ENTER:** August 2, 2011.

UNITED STATES DISTRICT JUDGE